DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MIGUEL ANGEL BONILLA-RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0522

_____

October 15, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen M. Whyte, Judge.

Miguel Angel Bonilla-Rivera, pro se.

PER CURIAM.

    Affirmed.

LaROSE, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.